IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN CHRISTIE, Director of Children and Families, London Borough of Brent, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) 1:07cv682 ) |
| NAFISATU WILLIAMS and HARRY WILLIAMS, | ) ) ) |
| Respondents. | ) |

<u>ORDER</u>

Given the sensitive nature of the allegations in the petition, and the potential flight risk by respondents and further unlawful detention of the minor children if this petition were prematurely revealed, it is hereby

ORDERED that until such time as the children are located or otherwise ordered by the Court, the Clerk shall file and maintain the Emergency Verified Petition under seal, and shall open this file under the partial caption listing only petitioner's name and the respondents' listed as "Under Seal," and it is further

ORDERED that until further order of the Court, every pleading in this action will receive a docket number, be described either as an under seal pleading or an under seal order on the docket sheet, but maintained under seal, and it is further

ORDERED that this Order <u>not</u> be maintained under seal.

The Clerk directed to forward this Order only to counsel for Petitioner.

Entered this 18th day of July, 2007.

_____/s/_____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia