```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division

JOHN CHRISTIE, Director of      )
Children and Families, London   )
Borough of Brent,               )
                                )
     Petitioner,                )
                                )
v.                              )  1:07cv682
                                )  UNDER SEAL
NAFISATU WILLIAMS and HARRY     )
WILLIAMS,                       )
                                )
     Respondents.               )
```

ORDER

For the reasons stated during an <u>ex</u> <u>parte</u> hearing in open court, and in the accompanying Memorandum Opinion, the Emergency Verified Petition for Warrant of Arrest in Lieu of Writ of Habeas Corpus is GRANTED, and it is hereby

ORDERED that the United States Marshal take the two minor children, identified as H.W. and S.W., into custody to prevent further retention or removal of the minor children by the respondents. Once the children have been taken into custody, they are to be immediately transported to, and placed in the custody of, either Jim Grogan or Elizabeth Spell of the Fairfax County Child Protective Services or, if after 5:00 p.m., transported to the After Hours Unit of Child Protective Services. Child Protective Services is further directed to place the children in temporary shelter care or a foster home that they have determined to be suitable for the children, and it is further

ORDERED that Nafisatu Williams and Harry Williams show cause, if they have any, on Tuesday, July 31, 2007, at 10:00 a.m., as to why the children should not immediately be returned to the United Kingdom, and why the costs of these proceedings should not be imposed on respondents.

Should either or both children not be located at 7252 Fairchild Drive, Apt. 201, Alexandria, Virginia, it is hereby

ORDERED that the United States Marshal immediately enter the children's names and any identifying information into the N.C.I.C. missing person section.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Marshal.

Entered this 18th day of July, 2007.

                                                  /s/
                                        Leonie M. Brinkema
                                        United States District Judge

Alexandria, Virginia