Date: 7.18.07

JUDGE: **BRINKEMA**
REPORTER: Thomson

Start: 11:30 – 11:50
12:07 – 12:15

Civil Action Number: 1:07CV682

John Cristie

VS.

NAFISATU & Harry Williams

Deft's [ ]
Pltf's [ ] Motion to/for: _____

EX-PARTE HRG

Argued &
Granted [ ]  Denied [ ]  Granted in part/Denied in part [ ]  Continued [ ]
Taken Under Advisement [ ]

CT ORDERS AN Arrest warrant to be issued as to the children.

Court to issue order.