```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division

JOHN CHRISTIE, Director of        )
Children and Families, London     )
Borough of Brent,                 )
                                  )
     Petitioner,                  )    1:07cv682
                                  )    UNDER SEAL
v.                                )
                                  )
NAFISATU WILLIAMS and HARRY       )
WILLIAMS,                         )
                                  )
     Respondents.                 )
```

<u>ORDER</u>

On July 18, 2007, the Court ordered the United States Marshal to take the two minor children known as H.W. and S.W. into custody and turn them over to either Jim Grogan or Elizabeth Spell of the Fairfax County Child Protective Services or, if after 5:00 p.m., to transport them to the After Hours Unit of Child Protective Services. To further clarify that Order, it is hereby

ORDERED that the Court's previous Order is amended to allow the U.S. Marshal or his designee to turn the children over to any employee of the Fairfax County Child Protective Services who is authorized to receive such minor children, and it is further

ORDERED that to provide the respondents with appropriate notice as to why the children have been taken into custody, the U.S. Marshal may provide a copy of the Memorandum Opinion and its accompanying Order issued July 18, 2007 and this Order to the respondents, as well as to the Fairfax County Child Protective

Services.

The Clerk is directed to forward copies of this Order to counsel for the Petitioner and the United States Marshal.

Entered this 19th day of July, 2007.

                                          /s/
                                   Leonie M. Brinkema
                                   United States District Judge

Alexandria, Virginia