```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division
```

| | |
|---|---|
| JOHN CHRISTIE, Director of ) <br> Children and Families, London ) <br> Borough of Brent, ) <br>  ) <br>  Petitioner, ) <br>  ) <br> v. ) <br>  ) <br> NAFISATU WILLIAMS and HARRY ) <br> WILLIAMS, ) <br>  ) <br>  Respondents. ) | 1:07cv682 |

<u>ORDER</u>

The Court's Order of July 18, 2007 having been fully executed by the United States Marshal, the children H.W. and S.W. having been taken into custody, and the parents having been fully advised of the present proceedings, it is hereby

ORDERED that this civil action and all pleadings therein be and are UNSEALED.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Marshal.

Entered this 20th day of July, 2007.

```
                    _____/s/_____
                    Theresa Carroll Buchanan
                    United States Magistrate Judge
```

Alexandria, Virginia