

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CASE NO: 1:07CV682
CHRISTIE vs. WILLIAMS, et al.
**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: Immigration and Customs Enforcement

YOU ARE HEREBY COMMANDED, to surrender the body of, Nafisatu Williams, under your custody to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other U.S. Marshal, at 401 Courthouse Square, Alexandria, Virginia, that his body will be before the Honorable Leonie M. Brinkema., Judge of the United States District Court for the Eastern District of Virginia, at Courtroom 600 of said Court, in the City of Alexandria at 10:00 a.m., on the 31st day of July 2007, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

                WITNESS the Honorable
                United States Judge at Alexandria

                this 24th day of July 2007.

                FERNANDO GALINDO, CLERK OF COURT

                BY:

                Deputy Clerk