Date: 7·31·07

JUDGE: **BRINKEMA**
REPORTER: _Thomson_

Start: 10:05
Finish: 10:50

( efile )

Civil Action Number: 1·07CV1082

John Christie          ( ATTORNYS: Christopher Brown
                        Jeffrey Geller & Stephen Cullen

VS.
Nafisatu Williams      ( Public Defender: Ivan Davis
Harry Williams

Deft's [ ]
Pltf's [ ] Motion to/for: _____

ORDER TO SHOW CAUSE HEARING

Argued &
Granted [ ]   Denied [ ]   Granted in part/Denied in part [ ]   Continued [ ]
Taken Under Advisement [ ]

Nafisatu Williams does not contest any evidence
EXHIBIT BINDER ENTERED INTO EVIDENCE

Petitioner's witness: Minal Varsani, social worker
Kerri Hutchins, social worker (fairfax) answered questions of the Court.
Sarah Townes, Atty (fairfax) answered questions of the Court.
Court is allowing Nafisata Williams to meet w/ her children
at 2:00 today in the jury room of Courtroom 600.

Return Order filed in open Court & placed under seal.
Redacted version of Order to be submitted for filing and
placed on the docket.