IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN CHRISTIE, Director of Children and Families, London Borough of Brent, </br></br>    Petitioner, </br></br>v. </br></br>NAFISATU WILLIAMS and HARRY WILLIAMS, </br></br>    Respondents. | )</br>)</br>)</br>)</br>)</br>)   1:07cv682</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

### ORDER DIRECTING RETURN OF H. W. AND S. I. W. TO COUNTRY OF HABITUAL RESIDENCE

The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq. (2001).

    1.    **IT IS HEREBY ORDERED**, pursuant to the provisions of The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 (the "Convention"), T.I.A.S. No. 11,670 at 1, 22514 U.N.T.S. at 98, *reprinted in* 51 Fed. Reg. 10,494 (1986) and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq., that H. W., date of birth May 1, 1994 and S. I. W., date of birth April 4, 2002 (the "children"), be returned in the company of Minal Varsani, Social Worker for the London Borough of Brent and Corrina Brown, Social Worker for the London Borough of Brent to the sovereign nation of England, United Kingdom, departing the United States of America from Washington Dulles International Airport on Virgin Atlantic Airlines, Flight Number VS56 on Wednesday, August 1, 2007 at 23:10 p.m. and arriving in England, United Kingdom, at London Heathrow Airport on Thursday, August 2, 2007 at 11:35 a.m., reference numbers CGQTHX and F4XQHD, and that Minal

1

Varsani and Corrina Brown report the delivery of the children to the appropriate United Kingdom Central Authority upon arrival.

2. By virtue of this Return Order, Minal Varsani and Corrina Brown have the exclusive right to the physical and legal custody of the children during the period of time required to return the children to England, United Kingdom, the country of the children's habitual residence and the reassertion of jurisdiction by the English High Court.

3. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention, which are within the jurisdiction of the courts of England, United Kingdom.

4. The Order of this Court is made under the authority of 42 U.S.C. 11603(a) (2001), conferring upon this Court original and concurrent jurisdiction.

5. The parties are admonished that any interference or violation of this Return Order will subject that party to the issuance of a bench warrant, arrest and appearance before this Court for a contempt hearing until such time as a court of competent jurisdiction in England has reassumed jurisdiction over the children and the parties.

**THEREFORE, TO ANY LAW ENFORCEMENT OFFICER:**

You are hereby commanded to enforce this Return Order allowing Minal Varsani and Corrina Brown to remove H. W. and S. I. W. from the United States of America, and to allow Minal Varsani and Corrina Brown to accompany the children to the sovereign nation of England, United Kingdom, giving Minal Varsani and Corrina Brown the exclusive right, without interference, to have the children in their lawful custody for the purposes described herein.

This Order is effective the date below written and shall continue in force and effect until modified or cancelled by a court of competent jurisdiction in England, United Kingdom.

SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

DATE: 7/31/07