®AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Virginia_____

FILED OCT 1 0 2007 U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

**BILL OF COSTS**

John Christie, Dir. V. Nafisatu Williams
of Children & Families, and Harry Williams
London Borough of Brent

Case Number:  1:07cv682

Judgment having been entered in the above entitled action on ___July 31, 2007___ against ___Nafisatu Williams and Harry Williams___
the Clerk is requested to tax the following as costs:

|  |  | ALLOWED |
|---|---|---|
| Fees of the Clerk | $ 350.00 | 350.00 |
| Fees for service of summons and subpoena | 1,608.56 | 1,608.56 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | |
| Fees and disbursements for printing | | |
| Fees for witnesses (itemize on reverse side) | | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | | |
| Docket fees under 28 U.S.C. 1923 | | |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| Other costs (please itemize) | | |
| TOTAL | $ 1,958.56 | 1,958.56 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Respondent Harry Williams__.

Signature of Attorney: _____

Name of Attorney: __Christopher E. Brown__

For: __John Christie, Dir. of Children & Families, London Borough of Brent__   Date: __8/13/07__
     Name of Claiming Party

Costs are taxed in the amount of __One thousand nine hundred fifty eight and 56/100__ and included in the judgment.

__Fernando Galindo, Clerk__        By: _____    __10-10-07__
Clerk of Court                          Deputy Clerk                  Date

C/m.